

FILED
CLERK, U.S. DISTRICT COURT

JAN 2 4 2022

CENTRAL DISTRICT OF CALIFORNIA
BY                                    DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　　　v.<br><br>JOEY REYES,<br><br>　　　　　　Defendant. | Case No. 8:20-MJ-00065<br><br>ORDER OF DETENTION AFTER HEARING<br><br>[Fed. R. Crim. P. 32.1(a)(6); 18 U.S.C. § 3143(a)] |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the Southern District of California for alleged violations of the terms and conditions of his/her supervised release; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a), hereby finds the following:

　　A. (x) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c).

　　B. (x) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to pose a danger to the safety of

1

1    any other person or the community if released under 18 U.S.C. § 3142(b) or

2    (c).

3    These findings are based on: *nature of current allegations; nature of previous*

4    *criminal history; history of substance abuse; and lack of bail resources.*

5    IT THEREFORE IS ORDERED that the defendant be detained pending the

6    preliminary hearing and/or final revocation proceedings in the charging district.

7

8    Dated: 1/24/22

         _____
         HONORABLE AUTUMN D. SPAETH
9        United States Magistrate Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27